United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 18, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 06-50395
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALONDRA TERCERO HERNANDEZ,

Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. 4:05-CR-142-2
---------------------

Before HIGGINBOTHAM, BENAVIDES, and PRADO, Circuit Judges.

PER CURIAM:*

Counsel appointed to represent Alondra Tercero Hernandez on appeal has moved to withdraw and has filed a brief in accordance with Anders v. California, 386 U.S. 738 (1967). Tercero Hernandez has filed a response. Our independent review of counsel's brief, the record, and Hernandez's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. See 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.